UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DANIEL CASTILLO-ANTONIO,<br><br>    Plaintiff,<br><br>    v.<br><br>SHAHRAM SAKI, et al.,<br><br>    Defendants. | Case No. 15-cv-00020-DMR<br><br>**ORDER GRANTING REQUEST TO STAY CASE**<br><br>Re: Dkt. No. 22 |

On August 18, 2015, Plaintiff Jose Daniel Castillo-Antonio filed a status report in which he asked the court to stay the case for 120 days. The request is GRANTED. This case is stayed until December 18, 2015. Plaintiff shall file an updated status report by December 18, 2015.

**IT IS SO ORDERED.**

Dated: August 20, 2015



Donna M. Ryu
United States Magistrate Judge