UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSE DANIEL CASTILLO-ANTONIO,

    Plaintiff,

v.

SHAHRAM SAKI, et al.,

    Defendants.

Case No.  15-cv-00020-DMR

**ORDER RE ADR**

The court has received Plaintiff's December 14, 2015 status report. [Docket No. 24.] The parties shall contact the court's ADR program to schedule an ADR process. Plaintiff shall file an updated status report regarding the progress of settlement discussions by February 19, 2016.

**IT IS SO ORDERED.**

Dated: December 17, 2015



Donna M. Ryu
United States Magistrate Judge